PER CURIAM.
Affirmed. See Hardwick v. State, 521 So.2d 1071 (Fla.1988), cert. denied, 488 U.S. 871, 109 S.Ct. 185, 102 L.Ed.2d 154 (1988); Koon v. State, 513 So.2d 1253 (Fla.1987), cert. denied, 485 U.S. 943, 108 S.Ct. 1124, 99 L.Ed.2d 284 (1988); Johnson v. State, 560 So.2d 1239 (Fla. 1st DCA 1990); Smelley v. State, 486 So.2d 669 (Fla. 1st DCA *874 1986); Nelson v. State, 274 So.2d 256 (Fla. 4th DCA 1973).